UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAHLIIMAH JONES, individually and as the representative of a class of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>– against –<br><br>ORIBE HAIR CARE, LLC,<br><br>　　　　Defendants. | ECF Case<br><br>1:20-cv-1232-FB-RER<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Kahlimah Jones and defendant Oribe Hair Care, LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs or attorney fees to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Brooklyn, New York
       November 16, 2020

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, New York 10583
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

O'HAGAN MEYER, LLC

By: _____
Tamara S. Grimm, Esq.
1500 Market St., 12th Floor E.
Philadelphia, PA 19102
Telephone: (215) 461-3306
Email: TGrimm@ohaganmeyer.com
*Attorneys for Defendant*

**SO ORDERED:**  /S/  Frederic Block  11-23-2020

ACTIVE\53784909.v1